IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BRENDA OVERSTREET,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:16-cv-2744-B |
| **ALLSTATE VEHICLE AND PROPERTY** § | JURY |
| **INSURANCE COMPANY,** § | |
| § | |
| Defendant. § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Brenda Overstreet and Defendant Allstate Vehicle and Property Insurance Company hereby dismiss all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties intend for this Agreed Dismissal to constitute a final disposition of their claims in accordance with their settlement agreement.

Respectfully submitted:

**THE CORONA LAW FIRM**

 */s/ Jesse Corona* \*
Jesse S. Corona
The Corona Law Firm PLLC
521 N. Sam Houston Pkwy E, Suite 420
Houston, Texas 77060
Telephone: 281.882.3531
Facsimile: 713.678.0613
jesse@thecoronalawfirm.com

\* Signed with permission

**COUNSEL FOR PLAINTIFF**

Respectfully submitted,

*/s/ Roger D. Higgins*
Roger D. Higgins
State Bar No.  09601500
rhiggins@thompsoncoe.com
Ashley Stainton
State Bar No. 24095731
astainton@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:   (214) 871-8200
Telecopy:    (214) 871-8209

**COUNSEL FOR DEFENDANT
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on all counsel of record via electronic filing on 27th of January 2017.

Jesse S. Corona
Texas Bar No. 24082184
Southern District Bar No. 2239270
521 N Sam Houston Pkwy E, Ste. 420
Houston, Texas 77060
Office: 281.882.3531
Facsimile: 713.678.0613
Jesse@theCoronaLawfirm.com

*Ashley Stainton*
Ashley B. Stainton